## STANLEY KOSIOREK, EXECUTOR (ESTATE OF STANISLAW KOSIOREK) *v.* JACEK I. SMIGELSKI

The defendant's petition for certification for appeal from the Appellate Court, 112 Conn. App. 315 (AC 29477), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Jacek I. Smigelski,* pro se, in support of the petition.

*William J. Sweeney, Jr.,* in opposition.

Decided March 11, 2009

## EDWARD GRAHAM *v.* BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 30575) is denied.

*John R. Williams,* in support of the petition.

*Margaret J. Strange* and *Holly L. Cini,* in opposition.

Decided March 11, 2009